UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| MARCY DARNELL HUGHES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:16-CV-367 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## **ORDER**

This social security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 22, 2018. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for judgment on the pleadings, [Doc. 19], be denied, and that the Commissioner's motion for summary judgment, [Doc. 24], be granted. The time for filing any objections to the Report and Recommendation has passed, and neither party has filed any objection.

After careful consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation, [Doc. 27], is **ADOPTED** and **APPROVED**. The plaintiff's motion for judgment on the pleadings, [Doc. 19], is **DENIED**, and the commissioner's motion for summary judgment, [Doc. 24], is **GRANTED**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
